UNITED STATES DISTRICT COURT
WASHINGTON, EASTERN

ANTHONY BRIAN MALLGREN (7279)
   versus
"AT&T CORP."
(New York: 28783)

**2:16-CV-386-SAB**

COMPLAINT

24 Tishrei 5777

Plaintiff: Anthony Brian Mallgren
            GENERAL DELIVERY
            Spokane Valley
            Washington
            99206-9999

Defendant: "AT&T CORP."
            C/O C T CORPORATION SYSTEM
            111 EIGHTH AVENUE
            NEW YORK, NEW YORK 10011

Incorporation: 16-cv-WAED-251
            Anthony Brian Mallgren {7279}: Seemingly
            Insufficient Financial Infrastructure

1 of 12

RECEIVED

OCT 3 1 2016

CLERK, U.S. DISTRICT COURT
SPOKANE, WA

1. 5th Sivan 5776, Plaintiff, Anthony Brian Mallgren {72793}, entered a Manhattan Defendant, "AT&T CORP." {New York: 287833} location. ("Entrance")

2. 5th Sivan 5776, Plaintiff, Anthony Brian Mallgren {72793}, exited Entrance visit. ("Exit")

3. After Entrance, prior Exit, Plaintiff, Anthony Brian Mallgren {72793}, verbally agreed termination terms ("Terms") with Defendant, "AT&T CORP." {New York: 287833}, ("Agreement Agent").

4. After Entrance, Plaintiff, Anthony Brian Mallgren {72793}, set a tablet near Agreement Agent. ("Set")

5. After Entrance, Plaintiff, Anthony Brian Mallgren {72793}, set an Internet device near Agreement Agent. (supplementary, "Set")

6. Prior Exit, Agreement Agent acknowledged, as supplemented, Set.

7. Upon Exit, Plaintiff, Anthony Brian Mallgren {72793}, was without, as supplemented, Set.

8. After Exit, Plaintiff, Anthony Brian Mallgren {72793}, has not again possessed, as supplemented, Set.

9. Defendant, "AT&T CORP." {New York: 287833}, billed, relative Terms, Plaintiff, Anthony Brian Mallgren {72793}, in excess.

Under perjury penalty,

Anthony Brian Mallgren
laudedfavor@gmail.com

3 of 12

RELIEF

10. Exitium formalium debito לְמַחְדֵין.

   Google translation: "The destruction of formal debt" "reserve".

Under perjury penalty.

Anthony Brian Mallgren

laudedfavor @gmail.com

4 of 12

UNITED STATES DISTRICT COURT
WASHINGTON, EASTERN

ANTHONY BRIAN MALLGREN (7279)
  versus
"AT&T CORP."
  (New York: 28783)


EXHIBIT INCORPORATION


Plaintiff, Anthony Brian Mallgren {7279}, requests
exhibit incorporation.



Under perjury penalty,

Anthony Brian Mallgren
laudedfavor@gmail.com


8 of 12

UNITED STATES DISTRICT COURT
WASHINGTON, EASTERN

ANTHONY BRIAN MALLGREN (7279)
    versus
"AT&T CORP."
    (New York: 28783)

AUTHENTICITY CERTIFICATE

Plaintiff, Anthony Brian Mallgren {7279}, certifies:
1. For judicial purpose, exhibit included herewith
   authentic.

Under perjury penalty.

_Anthony Brian Mallgren_
Anthony Brian Mallgren
laudedfavor@gmail.com

9 of 12



ANTHONY MALLGREN
8520 HARDING AVE
MIAMI BEACH FL  33141-1229

**Page:** 1 of 3
**Bill Cycle Date:** 07/28/16 - 08/27/16
**Account:** 148405968

*Exhibit A*

Visit us online at: **www.att.com**

# Monthly Statement

## Bill-At-A-Glance

| | |
|---|---|
| Previous Balance | $245.09 |
| Payment | $0.00 |
| Adjustments | $0.00 |
| *Past Due - Please Pay Immediately* | *$245.09* |
| New Charges | $216.82 |
| **Total Amount Due** | **$461.91** |
| New Charges Due in Full by | Sep 21, 2016 |



Texting and driving...
## it can wait

Join the millions who have already pledged to not text and drive. No text is worth a life.

Go to **itcanwait.com** to take the pledge today!

TEXTING & DRIVING...
*it can wait*

## 🏠 Account Charges

**Other Charges and Credits**
**Account Activity**

|  |  |
|---|---|
| 1. High Speed Internet Equipment Fee<br>*Credited from 08/02 - 08/27* | 6.07CR |

**Government Fees and Taxes**

| | |
|---|---|
| 2. FL County Sales Tax | 0.06CR |
| 3. FL State Sales Tax | 0.36CR |
| Total Government Fees and Taxes | 0.42CR |
| **Total Other Charges & Credits** | **6.49CR** |
| **Total Account Charges** | **6.49CR** |

## Service Summary

| Service | | Page | Total |
|---|---|---|---|
| 🏠 **Account Charges** | | 1 | $6.49CR |
| 🌐 **U-verse Internet** | | 1 | $17.34CR |
| 📱 **Wireless** | | | $240.65 |
| 347 556-0293 | $169.10 | 2 | |
| 347 574-5244 | $71.55 | 2 | |
| **Total New Charges** | | | **$216.82** |

## 🌐 U-verse Internet

**Total 300GB Internet Usage Allowance -** Your total internet usage allowance can consist of your 1 terabyte plan usage allowance plus any additional offers. Exceeding your total internet usage allowance will result in a charge of $10 for each additional 50 gigabytes of data even if less than 50 gigabytes is consumed. Visit www.att.com/internet-usage to view details of your internet data usage. NOTE: Usage Allowances increased 08/21. You may see old and new allowances on your next 1-2 bills

**Manage Your Account:**
Online: att.com/myatt
Mobile App: att.com/myattapp
Support: 800 288-2020
TTY: 800 651-5111

For Important Information about your bill, please see the **News You Can Use** section (Page 3).

Return bottom portion with your check in the enclosed envelope.
Payments may take 7 days to post.

**DUE BY: Sep 21, 2016**   **$461.91**



Past Due Charges - $245.09 - Please Pay Immediately

Account Number **148405968-1**

Please include account number on your check.

☐ CHECK FOR AUTO PAY
(SEE REVERSE)

*10 of 12*

ANTHONY  MALLGREN
8520 HARDING  AVE
MIAMI BEACH  FL  33141-1229

Make checks payable to:
AT&T
PO BOX 5014
CAROL  STREAM,  IL 60197-5014

410040560001484059681000000002450900000004619l000003

 **at&t**

ANTHONY MALLGREN
8520 HARDING AVE
MIAMI BEACH FL  33141-1229

Page: 2 of 3
Bill Cycle Date: 07/28/16 - 08/27/16
Account: 148405968

Visit us online at: **www.att.com**

## 🌐 U-verse Internet - Continued

### Other Charges and Credits
**Account Activity**

| | |
|---|---|
| 1. AT&T U-verse Internet Express | 32.07CR |
| Credited from 08/02 - 08/27 | |
| 2. AT&T U-verse Internet Express (12 Month Promotional Price) (Expires 11/17/2016) | 14.73 |
| Charged from 08/02 - 08/27 | |
| Total Account Activity | 17.34CR |

| | |
|---|---|
| **Total Other Charges & Credits** | **17.34CR** |
| **Total U-verse Internet** | **17.34CR** |

## 📱 Wireless

### Group 1 - Usage Summary - Jul 28 thru Aug 27

**Mobile Share Value 2GB with Rollover Data** - Includes 2 gigabytes with plan. Data Overage charge is $15/1GB. Additional plan details available for Consumer customers at att.com/mobilesharevalue and for Business customers at att.com/attmobileshare.

| | Data Used (GB) | Messages | Minutes |
|---|---|---|---|
| 347 556-0293 | 0.00 | 0 | 0 |
| 347 574-5244 | 0.00 | 0 | 0 |
| **Total** | **0.00** | **0** | **0** |

**Mobile Share Value 2GB with Rollover Data**

| | Gigabytes (GB) |
|---|---|
| Rollover available through Aug 27* | 2.00 |
| Included in Plan | 2.00 |
| Total Data Used    - | 0.00 |
| **Rollover available on Aug 28** | **2.00** |

*Usage is rounded up based on your plan. For more details on your Data Summary, visit myatt.com.*

*\* Unused Rollover Data expires after 1 billing period or when you change your plan or account.*

## 📱 347 556-0293
### ANTHONY B MALLGREN

**Monthly Charges** - Aug 28 thru Sep 27

| | |
|---|---|
| 1. Mobile Share - Data Device | 0.00 |
| 2. Access for Tablet 4G LTE | 10.00 |
| **Total Monthly Charges** | **10.00** |

### Other Charges and Credits
**One-Time Charges**

| | Date | Description | |
|---|---|---|---|
| 3. | 08/30 | Contract Termination Fee | 138.00 |

**Surcharges and Other Fees**

| | |
|---|---|
| 4. County Gross Receipts Surcharge | 2.88 |
| 5. MTA Telecom Surcharge | 1.05 |
| 6. State Telecommunications Excise Surcharge | 4.23 |
| Total Surcharges and Other Fees | 8.16 |

**Government Fees and Taxes**

| | |
|---|---|
| 7. City District Sales Tax | 0.55 |
| 8. City Sales Tax | 6.56 |
| 9. NY State Sales Tax | 5.83 |
| Total Government Fees and Taxes | 12.94 |

| | |
|---|---|
| **Total Other Charges & Credits** | **159.10** |
| **Total for 347 556-0293** | **169.10** |

## 📱 347 574-5244
### ANTHONY B MALLGREN

**Access for iPhone 4G LTE w/ Visual Voicemail** - Includes unlimited Anytime minutes, Nationwide Long Distance & Roaming, unlimited domestic and international text, picture, and video messages sent or received from the U.S., Puerto Rico and the U.S. Virgin Islands, Call Forward feature, Caller ID, Call Wait, Conference Call feature. Mobile Share voice and data plan required.

**International Long Distance - Standard** - Includes international long distance from the U.S. to over 220 countries at standard, pay-per-use international rates. See rates at www.att.com/global.

**Mobile Insurance Premium** - Includes Coverage for loss, theft, accidental damage, liquid damage, and

© 2012 AT&T Intellectual Property. All rights reserved.

AutoPay Enrollment
If I enroll in AutoPay, I authorize AT&T to pay my bill monthly by electronically deducting money from my bank account. I can cancel authorization by notifying AT&T at www.att.com or by calling the customer care number listed on my bill. Your enrollment could take 1-2 billing cycles for AutoPay to take effect. Continue to submit payment until page one of your invoice reflects either AutoPay will Debit Your Bank Account by or AutoPay will Debit Your Credit Card by.

Bank Account Holder Signature: _____
Date: _____



ANTHONY MALLGREN
8520 HARDING AVE
MIAMI BEACH FL  33141-1229

**Page:** 3 of 3
**Bill Cycle Date:** 07/28/16 - 08/27/16
**Account:** 148405968

Visit us online at: **www.att.com**

### 347 574-5244
**ANTHONY B MALLGREN**

out-of-warranty malfunction.

**Mobile Protection Pack - Support** - Includes ProTech support and Protect Plus app on eligible devices, when bundled with Mobile Insurance.

**Monthly Charges** - Aug 28 thru Sep 27

| | | |
|---|---|---|
| 1. | Mobile Share Value 2GB with Rollover Data | 30.00 |
| 2. | Access for iPhone 4G LTE w/ Visual Voicemail | 40.00 |
| 3. | Discount for Access | 15.00CR |
| 4. | International Long Distance - Standard | 0.00 |
| 5. | Mobile Insurance Premium | 7.99 |
| 6. | Mobile Protection Pack - Support | 3.00 |
| **Total Monthly Charges** | | **65.99** |

### Other Charges and Credits
**Surcharges and Other Fees**

| | | |
|---|---|---|
| 7. | County Gross Receipts Surcharge | 0.55 |
| 8. | Federal Universal Service Charge | 1.51 |
| 9. | MTA Telecom Surcharge | 0.20 |
| 10. | State Telecommunications Excise Surcharge | 0.81 |
| Total Surcharges and Other Fees | | 3.07 |

**Government Fees and Taxes**

| | | |
|---|---|---|
| 11. | City District Sales Tax - Telecom | 0.11 |
| 12. | City Sales Tax - Telecom | 1.26 |
| 13. | NY State Sales Tax - Telecom | 1.12 |
| Total Government Fees and Taxes | | 2.49 |

| | |
|---|---|
| **Total Other Charges & Credits** | **5.56** |
| **Total for 347 574-5244** | **71.55** |
| **Total for Wireless accounts** | **240.65** |

## Important Information

**PAYMENT OPTIONS**
Use the myAT&T App* on your smartphone, visit att.com/bill to pay your AT&T bills electronically, or use our Interactive Voice Response system FREE of charge anytime day or night by calling 800.288.2020. Payments made with an AT&T representative will be assessed a $5 convenience fee.
*Compatible device and account registration required. Messaging and data charges may apply for download and usage.

**ELECTRONIC CHECK CONVERSION**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account.  Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your AT&T Service Agreement, up to $30. Returned checks may be presented electronically. If you want to save time and stamps, sign up for AutoPay at att.com/autopay using your checking account. It's easy, secure, and convenient!

## News You Can Use

**COLLECTION NOTICE**
Balances not paid by the due by date, may be sent for further collections. You may be responsible for fees associated, as permitted by law.  If you have any questions, please contact us at 800 288-2020.

12 of 12